

FILED
CLERK, U.S. DISTRICT COURT

MAY 3 1 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> PLAINTIFF <br><br> v. <br><br> JENNIFER LYNN HILLYER, <br><br><br> DEFENDANT(S). | CASE NUMBER <br><br> SACR18-00011-CJC <br><br> **ORDER OF TEMPORARY DETENTION** <br> **PENDING HEARING PURSUANT** <br> **TO BAIL REFORM ACT** |

Upon motion of ___Defendant_____, IT IS ORDERED that a detention hearing is set for ___June 7, 2019_____, _____, at _11:30_____ ☒a.m. / ☐p.m. before  the Honorable _Douglas F. McCormick_____, in Courtroom ___6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
        *(Other custodial officer)*


Dated: __May 31, 2019_____        ___Douglas F. McCormick_____
                                        U.S. ~~District Judge~~/Magistrate Judge